to strike from the files the two appeal books as printed, or in the alternative to dismiss the various appeals taken, are denied, with ten dollars costs on each motion. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NELLIE CLEMENS, as Administratrix, etc., Respondent, v. JOHN BENZINGER and Others, Appellants.— Appeal dismissed, unless appellants shall be ready for argument on the twenty-sixth day of November. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

KATHERINE J. MISCHKA, Respondent, v. STOWELL SPRAGUE, Appellant.— Appeal dismissed, unless appellant shall serve brief by November twenty-first. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ANTHONY ALBERTI, Respondent, v. ANGELO EVERLINO, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. LARKIN, Appellant.— Appeal dismissed, unless appellant is ready for argument on November twentieth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM IPPOLITO, Appellant.— Appeal dismissed, unless appellant is ready for argument by November twentieth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Estate of HENRY DECHERT, Deceased.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JULIA A. WALSH, Respondent, v. GUY B. DICKISON, Appellant.— Appeal dismissed, unless appellant shall file and serve briefs by November twentieth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN DiMARCO and Another, Respondents, v. JACOB BALDWIN, Appellant.— Appeal dismissed, unless appellant is ready for argument at the opening of the January term. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CENTRAL UNION TRUST COMPANY, Appellant, Respondent, v. ALMET N. BRODHEAD and Others, Respondents, Appellants.— Appeal dismissed, unless defendants shall file and serve printed brief by December twentieth; plaintiff to file and serve its brief by January twenty-ninth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RICHARD G. MILLER and Another, as Administrators, etc., Appellants, v. THE STATE OF NEW YORK, Respondent. (Claim No. 17202.) — Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RICHARD G. MILLER and Another, as Administrators, etc., Appellants, v. THE STATE OF NEW YORK, Respondent. (Claim No. 17203.) — Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SAGINAW MEDICINE COMPANY, Respondent, v. HARVEY STOLTS and Others, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LOUIS WEBER, an Infant, etc., Appellant, v. M. A. REEB CORPORATION, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.